IRMA A. CULVER et al. v. TITLE GUARANTEE AND TRUST COMPANY, as Trustee under an Agreement Made by MARY CLARK DE BRABANT et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 394.]

WALTER FRIEDENBERG v. ROYAL TYPEWRITER COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante*, p. 829.]

CARMELA SGANDURRA, as Administratrix of the Estate of SEBASTIAN SGAN-DURRA, Deceased, v. 220 ESTATES, INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 834.]

## (April 12, 1946.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY CASTARELLA, True Name COSTARELLA, Appellant, et al., Defendants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

In the Matter of RADIO SYSTEM, INC., Appellant. ADELE, INC., et al., Respondents.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

PAUL STOCKHAMMER, Appellant, v. ALEXANDER HIRSCH, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post*, p. 921.]

LOUIS SUNSHINE, Appellant, v. JED HARRIS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Townley, J., dissents and votes to reverse and grant judgment for plaintiff.

NEW HERMES, INC., Respondent, v. MORRIS L. ALEXANDER, Doing Business under the Name of AUTO ENGRAVER Co., Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

HYMAN LUBOW, Appellant, v. EVA LUBOW, Respondent.— Order, so far as appealed from, unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

RUTH U. GUNDLACH, Appellant, v. COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *post*, p. 935.]

In the Matter of the Arbitration between CLARE KUMMER, Appellant, and HARRY BLOOMFIELD, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

GEORGE KRAUS, JR., et al., Trading as FAMOUS FROSTED FOODS DISTRIBUTORS, Respondents, v. DELPHI FROSTED FOODS CORP., Appellant, and UNION TERMINAL COLD STORAGE Co., INC., Impleaded Defendant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.